# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN



(Full name of plaintiff(s))

Jacqueline Hood
7000 W Southridge Blv
Greenfield WI 53220

v.

Case Number: 23-C-1338
(to be supplied by Clerk of Court)

(Full name of defendant(s)) Milwaukee
Stat of WI County
UWM Milwaukee
2200 E Kenwood 53211

---

A. PARTIES

1. Plaintiff is a citizen of Jacqueline Hood and resides at
   (State)
   7000 W Southrige Blv
   (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant UWM Milwaukee County
   (Name)

Complaint – 1

is (if a person or private corporation) a citizen of __Sarah Hiems__
(State, if known)
and (if a person) resides at __2200 E Kenwood Milwaukee 53211__
(Address, if known)
and (if the defendant harmed you while doing the defendant's job)
worked for __UW Milwaukee WI__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

* Milwaukee County false Inprisonment, failing to protect me, my right to fair trail.

* Sarah Hiems, Lied, defamation Character, harassment

* The stat of Wisconsin defend My name;

* I was not given a fair hearing, Mad up charges by Security guard. The state of Wis denied me due process.

Statues 94203        Harassment Code - 30711
        968.24       Money Ad 30302
        942.01

Complaint - 2

C.  JURISDICTION

☒ no I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☒ yes I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $3,000,000.00

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I would Like the three million because of the Lost a business partner and investments. This affected me in financial it will take me a Life time to clear up and I dont have a nother Life time to clear up. My name was destroid in this I was bried alive. All I am for is what is Right forly My's. Please I beg of you I need My name!! I had never ram or driven of from No police officer in My Life time ever I don't even have a record of any such thing happen in my past.

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES    ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __10__ day of __Oct__ 20__23__

Respectfully Submitted,

_____
Signature of Plaintiff

__414 885 7488__
Plaintiff's Telephone Number

__hojac7@aol.com__
Plaintiff's Email Address

__7000 W Southrige Blv__
__Greenfield WI 53220__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒ I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.