# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JACQUELINE HOOD, <br><br> Plaintiff, <br><br> v. <br><br> MILWAUKEE COUNTY, <br><br> Defendant. | Case No. 23-CV-1338-JPS <br><br> **JUDGMENT** |

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action be and the same is hereby **DISMISSED without prejudice**.

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

GINA M. COLLETTI
Clerk of Court

December 22, 2023
Date

*s/ Jodi L. Malek*
By: Deputy Clerk